Sarah McGowan, appellee, v. David N. Conwill, appellant. Gen. No. 8,372.

Opinion filed February 3, 1930.

Oscar J. Putting, for appellant. Frank L. Trutter, for appellee.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

Shaffer Oil & Refining Company, appellee, v. Nettie M. Webb, appellant. Gen. No. 8,383.

Opinion filed February 3, 1930. Rehearing denied April 4, 1930.

Stone, McLaren & Webb, for appellant. E. P. Nischwitz and Clarence W. Heyl, for appellee.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Samuel Sincere, plaintiff in error. Gen. No. 8,336.

Opinion filed February 3, 1930.

Acton, Acton & Snyder, for plaintiff in error; William M. Acton, of counsel. Elmer O. Furrow, for defendant in error; Louis J. Bremer and O. W. Longenecker, of counsel.

Mr. Justice Shurtleff delivered the opinion of the court.

Carolina Cobetto, appellant, v. Frank Cobetto, appellee. Gen. No. 8,363.

Opinion filed February 3, 1930. Rehearing denied April 4, 1930.

Major & Major, for appellant. Dryer & Brown, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.